| UNITED STATES DISTRICT COURT | SEND |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | |

## CIVIL MINUTES -- GENERAL

Case No.    **CV 07-8351-VBF(RCx)**                                   Date: **April 10, 2008**

Title:    Diana O'Grady *-v-* Canyon Lake Property Owners Association, et al.

**PRESENT:**

**HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE**

| Rita Sanchez | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                                           None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF JURISDICTION

Appellant is ordered to show cause, in writing, no later than MAY 5, 2008, why this action should not be dismissed for lack of jurisdiction.

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause may result in the dismissal of this action.

**IT IS SO ORDERED.**

The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk   rs

(Rev. 10/1/04)